IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW3:02CR16 |
| | ) | (Financial Litigation Unit) |
| LAREAL ANDRE HASKINS, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| BROWN & BROWN, INCORPORATED, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against Defendant, Lareal Andre Haskins, is DISMISSED.

**SO ORDERED**.

Signed: March 16, 2013

David S. Cayer
United States Magistrate Judge